UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


JENNIFER MARIE GATES,

        Plaintiff,                        Case No. 1:21-CV-996

v.                                   Hon. Ray Kent

COMMISSIONER OF SOCIAL
SECURITY,

        Defendant.
_____/

### JUDGMENT

In accordance with the Stipulation and Order of Remand filed this date:

The decision of the Commissioner is **REVERSED** pursuant to sentence four of

42 U.S.C. § 405(g), and the case is **REMANDED** to the Commissioner for further proceedings

as outlined in the Stipulation and Order of Remand.

        **IT IS SO ORDERED.**


Dated:  June 17, 2022              /s/ Ray Kent_____
                                RAY KENT
                                United States Magistrate Judge